**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JIMMY ALEXANDER PRADO CARRILLO,

Petitioner,

v.

MARKWAYNE MULLIN, ET AL.,

Respondents.

Case No. 5:26-cv-03955-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

The Court declares that Petitioner is currently detained pursuant to 8 U.S.C. § 1226(a) and is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Respondents shall immediately release Petitioner Jimmy Alexander Prado Carrillo (A# 246-079-835) ("Petitioner") from custody on his prior conditions of release (only those conditions in place prior to Petitioner's July 6, 2026 re-detention). Respondents shall also immediately return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an

Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard. Respondents shall file a notice of compliance **within three days**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 27, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE